DUNLOP *v.* SMITH *et al.*

BECK, J. Under the evidence contained in the record the court did not err in refusing the injunction prayed by the plaintiff in this case.

*Judgment affirmed. All the Justices concur.*
APRIL 12, 1911.

Petition for injunction. Before Judge Pendleton. Fulton superior court. June 24, 1910.

*Lewis W. Thomas,* for plaintiff.

*Westmoreland Brothers,* for defendants.

---

COFFEE *et al.* v. ATLANTA OIL AND FERTILIZER COMPANY.

BECK, J. Under the pleadings and evidence there was no abuse of discretion on the part of the court below in the grant and refusal of interlocutory injunctions. *Judgment affirmed. All the Justices concur.*
APRIL 12, 1911.

Injunction. Before Judge Pendleton. Fulton superior court. August 10, 1910.

*Green, Tilson & McKinney,* for plaintiffs in error.

*Tye, Peeples & Jordan,* contra.